JS-6 / ENTER

FILED
CLERK, U.S. DISTRICT COURT
JUN 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ALBERT LORENCE HILL,<br><br>    Petitioner,<br><br>    v.<br><br>MATTHEW MARTELL,<br><br>    Respondent. | Case No. EDCV 08-00008 GPS (AN)<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the accompanying Memorandum and Order.

Dated: _June 18_, 2008

_____
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY